IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:99CR174 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| RICARDO MORENO-MUNOZ, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 4th day of October 2005, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 4). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein.

2. The Indictment filed herein is hereby dismissed, without prejudice.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge, United States District Court